UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HEATHER BURNETTE LUCAS,<br>      Plaintiff,<br><br>    v.<br><br>FRANK J. BISIGNANO,<br>*Commissioner of Social Security Administration*<br>      Defendant. | **JUDGMENT**<br>Case No. 5:25-CV-198-KS |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED AND** DECREED the court grants Defendant's Motion to Remand [17] . For good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

This judgment filed and entered on September 11, 2025, with electronic service upon:

Derrick Arrowood, *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*
Cathleen McNulty, *Counsel for the Defendant*

                              **PETER A. MOORE, JR.**
                              CLERK, U.S. DISTRICT COURT

DATE: September 11, 2025        /s/ Shelia Foell
                                      (By): Shelia Foell
                                      Deputy Clerk, U.S. District Court

