IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00198-KS

HEATHER BURNETTE LUCAS, )
)
Plaintiff, )
)
v. )
) **ORDER**
FRANK BISIGNANO, )
Acting Commissioner of )
Social Security, )
)
Defendant. )

The Court hereby awards Plaintiff attorney fees in the amount of Six

Thousand Three Hundred Dollars and 00/100 Cents ($6,300.00). If the award to

Plaintiff is not subject to the Treasury Offset Program, payment will be made by

check payable to Plaintiff's counsel, Derrick K. Arrowood, PO Box 58129, Raleigh

NC 27658, in accordance with Plaintiff's assignment to her attorney of the right

to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 21st day of November 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge